

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00054-CR

_____

KEVIN GOODWIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd Judicial District Court
Bowie County, Texas
Trial Court No. 01-F-0466-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

In 2002, Kevin Goodwin was convicted of murder and assessed a punishment of ninety-nine years' imprisonment. That conviction was appealed, and the judgment was affirmed. *See Goodwin v. State*, No. 06-03-00089-CR, 2004 Tex. App. LEXIS 6692 (Tex. App.—Texarkana July 23, 2004, pet. ref'd) (not designated for publication).

Goodwin previously filed a motion seeking a record of the trial. That motion was granted by the trial court, and a free record was provided to Goodwin's attorney for purposes of appeal. Goodwin then filed another request with the trial court for a second free record of the trial. Goodwin now attempts to appeal from the trial court's order denying this request.

This Court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). No statute vests this Court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal. *Id.*; *see Self v. State*, 122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.).

We dismiss this appeal for want of jurisdiction.


                                        Jack Carter
                                        Justice

Date Submitted:     March 19, 2009
Date Decided:       March 20, 2009

Do Not Publish